UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00063 |
| | ) | JUDGE SHARP |
| | ) | |
| ERIC MARVIN HOLVERSON | ) | |

**AGREED MOTION TO WITHDRAW MOTION**
**TO TERMINATE SUPERVISED RELEASE**

Defendant Eric Holverson moves to withdraw his emergency motion to terminate supervision because the Western District of Virginia has agreed to accept the transfer of his supervised release on the condition that he accept one modification to his supervision. He has accepted that one modification. The parties understand that his supervision termination date remains January 25, 2015. Counsel for the government, AUSA Jimmie Lynn Ramsaur, has reviewed this motion and agrees with this request.

Respectfully submitted,

  s/ *Michael C. Holley*
MICHAEL C. HOLLEY  (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Eric Holverson